RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/23/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Kinsey, et al | Civil Action No. 6:03-0627 |
| versus | Judge Tucker L. Melançon |
| American Underwriters Life Ins. Co. and Trustees, et al | Magistrate Judge Methvin |

## JUDGMENT OF DISMISSAL

The Court having been advised that the parties have reached a conditional settlement in the above action,

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown in accordance with the terms of the conditional settlement, to reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the parties are to submit to the Court a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 within fifteen (15) days of the confection of the settlement agreement.

Thus done and signed this 22nd day of August, 2006 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge